Minutes of the United States District Court
Southern District of California

Date:                    March 19, 2026

Hon.   Todd W. Robinson          Deputy Clerk   J. Ortiz          Reporter/ECR   C. Kircher

Time:   N/A

=====================================================================

Case No.   3:26-cv-00384-TWR-MMP
               Ahmadi               v.            LaRose et al

=====================================================================

MINUTE ORDER of Judge Todd W. Robinson: The Court finds that unreasonably prolonged detention under 8 U.S.C. § 1225(b) without an individualized bond hearing violates due process.  Weighing the relevant factors, the Court finds that Petitioner's due process rights have been violated by his prolonged detention of 13 months.  Accordingly, Respondents are ORDERED to provide Petitioner with an individualized bond hearing within fourteen days.  Respondents shall not detain Petitioner solely on the basis that 8 U.S.C. § 1225(b) requires mandatory detention.  Additionally, Petitioner's Motion to Appoint Counsel is DENIED AS MOOT.